United States District Court

Southern District of New York

RECEIVED

FEB - 2 2026

PRO SE OFFICE

Leon M. Ager ; Billy F. Larkin,

Plaintiffs,

√

National Football League, An
Unincorporated Association, And
Commissioner Roger Goodell,
Defendants.

26 CV 0903

Case No.

Complaint Alleging Fraud, Conspiracy,
Unjust Enrichment, Breach Of Quasi-
Contract, Quantum Meruit, Disparate
Treatment, Continuous Wrong Doctrine

Plaintiffs, Leon M. Ager And Billy F. Larkin, Pro Se, Complaining Of The
Defendants Upon Information And Belief, Respectfully Alleges And Set
Forth As Follows:

1. In 2013, Commissioner Goodell Stated Publically That The
Pro Bowl Would Not Survive If The Failed To Obtain The Service Of Its
Players To Participate In Full-Contact Football.

2. NFL Player, Arian Foster Publically Stated The Players
Opposition To Participating In Full-Contact Football, Due To A High Risk
Of Career-Ending Injuries.

3. In March 2015, Plaintiffs mailed a proposal to Commissioner Goodell entitled, "A Weekend of Fun and Greatness". The goal was to combine skill events that enhanced The Pro Bowl, along with addressing players' concerns pursuant to full-contact injuries.

4. Player Health and Safety formed the bases for Plaintiffs' proposal whose hallmark feature was Flag-Football.

5. Upon information and belief, Commissioner Goodell and 32 team owners conspired to appropriate Plaintiff proposal during the annual meeting in Phoenix, Arizona on March 18, 2015.

6. On March 18, 2015, a copy of Plaintiffs' proposal was returned along with a letter from the NFL Legal Department stating the NFL does not accept unsolicited proposals.

7. Upon information and belief, the Commissioner and team members recognized Plaintiffs' proposal as a gamechanger and conspired in a manner pursuant to Plaintiffs prison mental derangement, and determined Plaintiffs suffered over the prospect of spending year in prison to appropriate Plaintiff proposal over that time period.

8. This allegation is bolstered by a plethora of facts attended to by the Honorable Chief Judge, Colleen McMahon in her 10-25-2019 order citing the ways Plaintiffs proposal created post-2015 Pro-Bowls that were qualitatively superior and a net gain for fans.

2.

## JURISDICTION AND VENUE: PARTIES

9. THIS COURT HAS JURISDICTON OVER THIS MATTER, PURSUANT TO 28 U.S.C.A. 1332, THERE EXIST COMPLETE DIVERSITY BETWEEN THE PARTIES, AND THE AMOUNT IN CONTROVERSY EXCEED $75,000,

10. VENUE IS PROPER IN THIS COURT, PURSUANT TO 28 U.S.C.A. 1391. THE NATIONAL FOOTBALL LEAGUE WAS AND NOW AN UNINCORPORATED ASSOCIATION HAVING ITS PRINCIPAL PLACE FOR THE TRANSACTION OF BUSINESS IN THE STATE OF NEW YORK, AT THE TIME OF COMMENCEMENT OF THIS ACTION. COMMISSIONER GOODELL IS THE CHIEF EXECUTIVE OFFICER AND DIRECT CONTROL, AND COORDINATE ALL NFL ACTIVITIES FOR ITS 32 MEMBER TEAMS.

11. PLAINTIFF, LEON M. AGEE IS A CITIZEN OF THE STATE OF NORTH CAROLINA.

12. PLAINTIFF, BILLY F. LARKIN IS A CITIZEN OF THE STATE OF NORTH CAROLINA.

13. DEFENDANT COMMISSIONER, ROGER GOODELL IS A CITIZEN OF THE STATE OF NEW YORK.

## FIRST CLAIM FOR RELIEF - FRAUD

14. PLAINTIFFS INCORPORATES AND REALLEGE PARAGRAPHES 1 THROUGH 13 OF THIS COMPLAINT.

15. The Return of Plaintiffs Copied Proposal Enabled The Commissioner And Member Team Owners To Fraudulently Benefit From Plaintiffs' Proposal For Over A Decade, Giving The Pro-Bowl A Commercial Value It Would Not Otherwise Have.

16. Judge Mc Mahons' Order Cite Clear Merit To Plaintiffs Assertions, Stating, "In July 2014 The NFL Moved The Pro Bowl Game From Hawaii To Arizona Playing It A Week Before The Super Bowl, As Plaintiff Proposed In His Plan."

17. The Nature Of Defendants' Fraud Has Operated In A State Of Perpetuum, Pursuant To The Continuous Wrong Doctrine, Evidenced By Judge Mc Mahon Stating, "In January 2018, The NFL Held The Pro Bowl In Orlando, Flordia, And Featured Skill Challenges, Including A Few Of The Events Proposed In Plaintiffs Plan."

18. The Development Of Plaintiffs Proposal Required Years Of Testing And Implementation Occurred In Multi-Stages. The First Stage Was Not A Complete And Separate Wrong, But Simply, A First Stage In A Course Of A Fraud That Is Continuous, Giving Rise To The Continuous Accruement Of Plaintiffs Claims With Each Yearly Promotion Of The Bowl Games, Post 2013.

19. The Cited Court Order Is Prima Facie Proof Of Defendants Fraudulent, Immoral, Oppressive, Unscrupulous And Injurious Business Practices, Pursuant To The NFL Constitution And Bylaws That Governs Unsolicted Proposals.

20. The Language And Reasoning Of Judge McHones Stating, "Because Of The Changes, NFL Fans Have Become More Involved And The Pro Bowl Rating Are Higher" only Underscores Defendant Unfair Wind-Fall And Impact Of Fraud Pursuant To The Public Interest Constitutional Rights Under The 4th And 15th Amendments To The Unites States Constitution. This Court Should Interpret The Effect Of The Lack Of Public Interest Standards In The Constitution And Bylaws Of An Unincorporated Association In The State Of New York.

21. During The Years Between The Accrual Of Plaintiffs' Cause Of Action And The Commencement And The Present Action, Defendants' Fraudulent Actions Continue To Be Intential, Willful, And Without Regard For Plaintiffs Right To Fair Compensation. The Courts' 2019 Order Support The Claim For.

22. Plaintiffs Has Sustained Damages As A Direct And Proximate Result Of Defendants Fraud In An Amount To Be Computed In The Course Of A Trial By Jury.

## Second Claim For Relief - Unjust Enrichment

23. Plaintiffs Incorporates And Realleges Paragraphs 1 Through 22 Of This Complaint.

24. The Primary Vision Of Plaintiffs Proposal Was To Combine Unique And Entertaining Sporting Events That Greatly Enhanced The Pro-Bowl Along With

5.

Addressing the concerns the NFL Players Association regarding full-contact safety, a vital component of plaintiffs proposal. The interactive of flag-football was the key to the success of the Pro-Bowl, generating billion of annual revenue for commissioner Goodell and member team owners, Bill Bidwill, Arthur Blank, Steve Bisciotti, Kim Pegula, David Tepper, Virginia McCaskey, Mike Brown, Jimmy Haslam, Jerry Jones, Jim Irsay, Bob Walton, Sheila Hamp, Green Bay Packers, Janice McNair, Shahid Khan, Clark Hunt, Mark Davis, Dean Spanos, Stan Kroenke, Stephen Ross, Zygi Wilf, Robert Kraft, Gayle Benson, Steve Tisch, Robert Johnson, Christine Lurie, Art Rooney, Denise Debartolo, Judy Allen, Bryan Glazer, Amy Strunk, and Josh Harris.

25. The NFL has been unjustly enrich over the past decade due to to the economic value of plaintiffs proposal pursuant to the advertizing and marketing of the Pro-Bowl, and specifically flag-football, a game that now millions of fans worldwide compete in via NFL sponsored league. The fact the commissioner and member team was without plaintiffs consent or compensation must be measured by quantum merit, unjust enrich ment. This include team-based intellectual property that include team names, logos, uniforms, insignas, and flag-football bets, etc.

26. This matter is firmly grounded in the public interest. The NFL is an unincorporated association that sexul the largest fan-base in American sports history. Unjust enrichment violate the public interest and grounded in the law of restitution.

27. Judge McMahon's 10-25-2019 Order is Prima Facie Proof of the Unconstitutionality of the NFL Constitution and Bylaws that allow for its unincorporated Association members to relieve and retain unjust enrichment by monetizing the value of Plaintiffs Proposal. It would be equally unjust if this Court allow an unincorporated Association to retain the past, present, and future value of Plaintiffs Commercial Property and profits earned thereof.

28. In this claim of unjust enrichment the continuous wrong doctrine is predicated on past, present, and future unjust enrichment. There is no final unjust enrichment, giving rise to successive damages in amounts to be computed in the course of trial by jury. Plaintiffs has sustained over a decade of damages as a direct and proximate result of the unincorporated Association members' unjust enrichment, and this being an exceptional claim, pursuant to the continuous wrong doctrine.

29. Because Judicial consideration of the Public Interest is paramount and constitutionally committed to the Court should determine the effect of the lack of public interest standards pursuant to the NFL Constitution and Bylaws, which lacks transparency pursuant to unjust enrichment and the public interest.

Third Claim For Relief - Breach of Contract

30. Plaintiffs Incorporates and realleges Paragraphs 1 through 29 of this Complaint.

31. Upon Information And Belief, Commissioner Gooden And Member Team Owners Literally Stole Plaintiffs Proposal On A Compressed Timetable During Their Annual With A Great Sense Of Urgency With The Bowl Games At Stake, Giving Rise To A Much Larger Quasi-Contract For Plaintiffs Service To Protect Pro Bowl Stars From Career-Ending Injuries With The Introduction Of Flag-Football, Well Outside The Initial Limitation Period.

32. Due To The Quasi-Contractual Relationship, There Has Been No Helmet-To-Helmet Collisions Leading To Concussions, Or Career-Ending Injuries From Participants In Pro-Bowl Flag-Football.

33. Commissioner Gooden And Unincorporated Association Members Acted With Specific Intent To Benefit Commercially From Plaintiffs Proposal, And Did Without Compensation That Breached A Quasi-Contract.

34. The Continuous Wrong Doctrine Apply Due To The Continuing Duty The Quasi-Contract Impose Upon The Breachers, Plaintiffs Has Sustained Over A Decade Of Damages As A Direct And Proximate Result Of Commissioner Gooden And Unincorporated Association Members Breach Of Quasi-Contract In Amounts To Be Computed In The Course Of A Trial By Jury.

## Fourth Claim For Relief-Disparate Treatment

35. Plaintiffs Incorporates And Realleges Paragraphs 1 Through 34 Of This Complaint.

36. Plaintiffs contend that Plaintiffs Proposal is so distinctive that, dispite the Commissioner's rebranding, the proposal was recognizable by Judge Mc Mahon.

37. The facts are clearly in Plaintiffs' favor. The Commissioner fraudulently led the public to believe the NFL created skills event featured in post-2013 Pro-Bowls; rather than African-American military veterans that suffer from Post Traumatic Stress Disorder (PTSD). It likened Plaintiffs role to involuntary servitude.

38. Judge Mc Mahon cast doubt on the honest of any rationale for denying earned credit for Plaintiffs proposal, which is of great importance to Plaintiffs as African-American veterans.

39. Plaintiffs are, however, of the view that damages other than monetary are at stake. Plaintiffs are victims of an unincorporated association's track record pursuant to race. In the 100 year history of the NFL, there has been no African-American team owner in a league where 75% of players are African-American. Such disparate impact in Flores v. New York Football Giants, Inc. 2025 WL-2549199., there has been a decade-long disparate-treatment of Plaintiffs, motivated by virtue of the immense public interest at stake, pursuant to the Pro-Bowl and the NFL's deontological view of Plaintiffs. Such views strike at the core of Plaintiffs African-American identity. Plaintiffs experienced psychological symptoms, including deeper depression, deeper sense of prison isolation, self hatred.

40. Judge McMahon In Her 10-25-2019 Order Infer The Pro-Bowl Became A Commercial Success With A Profit Curve That Had Moved In An Upward Direction, Post-2015, Pursuant To The Continuing Wrong Doctrine, Pursuant To Disparate Treatment.

41. Plaintiffs Has Sustained Grave Psychological Damage For Over A Decade As A Direct And Proximate Result Of Commissioner Goodell And Unincorporated Association Member Disparate Treatment In Amounts To Be Computed In The Course Of Trial By Jury.

## Argument

Prior To 2015, The Pro-Bowl Was Fraught With Risks To Player Safety Due To The Full Contact Requirmet Of Pro Bowlers, It Was A Vexing Concern Grappled With By The Commissioner And Owners, Prior To Plaintiffs Transferred The Pro-Bowl To Events Focused On Player Safety, And Resulted In Financial Benefits Flowing Year Round To Billionaire Team Owner Who Sponsor Flag-Football Globally.

It Is Evident Plaintiffs Proposal Was Fraudulently Appropriated For The Purpose Of Unjust Enrichment, As No African-American Had A Seat At The Table At The 2015 Owners Meeting. Thus, On The Merits, This Complaint Present A Non-Debatable Claim That NFL Are Not The Sole-Owner Of Intellectual Property Pursuant To The Pro-Bowl.

Due To Its Novel Business Model, The NFL Constitution And Bylaws

10.

HAS GIVEN THE NFL VIRTUALLY FREE REIN TO ENGAGE IN THE ALLEGED BEHAVIOR THAT IS INCONSISTENT WITH THE PUBLIC GOOD.

THERE EXIST FAR-REACHING PUBLIC HARM AND CONSTITUTIONAL QUESTIONS, ESPECIALLY THE CONUNDRUM PRESENTED BY THE SEEMINGLY UNCONSTITUTIONALITY OF THE NFL CONSTITUTION AND BYLAWS, PURSUANT TO THE SECOND CIRCUIT RULING THAT SECTION 8.3 (B) ARBITRATION PROVISIONS ARE UNPROTECTED WITHIN ESTABLISHED PARAMETERS OF THE FEDERAL ARBITRATION ACT (FAA). IF A SINGLE SECTION OF THE NFL CONSTITUTION ARE UNPROTECTED, NO PRESUMPTION EXIST IN FAVOR OF ANY REMAINING SECTIONS. THUS, THE NFL CONSTITUTION AND BYLAWS COULD VERY WELL NOT BE PROTECTED BY THE UNITED STATES CONSTITUTION.

THIS ARGUMENT SERVE THE PUBLIC INTEREST, AND THE PUBLIC HAS AN INTEREST IN COMPELLING THE CHIEF EXECUTITIVE OF THE NFL TO TESTIFY AT TRIAL PURSUANT TO THE CONTINUOUS WRONG DOCTRINE AND ALLEGATIONS PURSUANT TO THIS ACTION.

WHEREFORE, PLAINTIFFS PRAYS FOR RELIEF AS FOLLOWS:

A. A JUDGEMENT THAT AWARD PLAINTIFFS ALL DAMAGES THAT WILL FAIRLY COMPENSATE PLAINTIFFS FOR FRAUD, UNJUST ENRICHMENT, BREACH OF CONTRACT, AND DISPARATE TREATMENT AT THE MAXIMUM RATE PERMITTED BY THE CONTINUOUS WRONG DOCTRINE, INCLUDING PUNITIVE DAMAGES.

B. ANY OTHER REMEDY TO WHICH PLAINTIFFS MAY BE ENTITLED TO, INCLUDING ANY REMEDY PURSUANT TO INTELLECTUAL PROPERTY, UNDER NEW YORK LAW.

<u>DEMAND FOR JURY TRIAL</u>

PURSUANT TO RULE 38(b) OF THE FEDERAL RULES OF CIVIL PROCEDURE, PLAINTIFFS DEMAND A TRIAL BY JURY ON ALL ISSUES RAISED BY THIS ACTION.

RESPECTFULLY SUBMITTED.

DATED: THE 22 DAY OF _JANUARY_, 2026

AGEE, LEON M. #0002170               LARKIN, BILLY F. #0490312
CASWELL CORRECTIONAL CENTER         CASWELL CORRECTIONAL CENTER
444 COUNTY HOME ROAD                444 COUNTY HOME ROAD
BLANCH, NORTH CAROLINA 27212         BLANCH, NORTH CAROLINA 27212

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_ATTACHMENT - 1_

LEON MAURICE AGER,

              Plaintiff,

      -against-

RODGER GOODELL; ELEANOR SEAVEY,

              Defendants.

19-CV-8250 (CM)

ORDER OF DISMISSAL

COLLEEN McMAHON, Chief United States District Judge:

      Plaintiff, currently incarcerated at Alexander Correctional Institution in Taylorsville,

North Carolina, brings this *pro se* action under 42 U.S.C. § 1983. He asserts that Defendants

violated his rights under the Fifth Amendment by stealing his idea of "*A Weekend of Fun and*

*Greatness*" for the National Football League (NFL) Pro Bowl game. By order dated October 18,

2019, the Court granted Plaintiff's request to proceed without prepayment of fees, that is, *in*

*forma pauperis*.[1] For the reasons set forth in this order, the Court dismisses this action.

### STANDARD OF REVIEW

      The Court must dismiss a complaint, or portion thereof, that is frivolous or malicious,

fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant

who is immune from such relief. 28 U.S.C. §§ 1915(e)(2)(B), 1915A(b); *see Abbas v. Dixon*, 480

F.3d 636, 639 (2d Cir. 2007). The Court must also dismiss a complaint when the Court lacks

subject matter jurisdiction. *See* Fed. R. Civ. P. 12(h)(3). While the law mandates dismissal on

any of these grounds, the Court is obliged to construe *pro se* pleadings liberally, *Harris v. Mills*,

572 F.3d 66, 72 (2d Cir. 2009), and interpret them to raise the "strongest [claims] that they

---

[1] Prisoners are not exempt from paying the full filing fee even when they have been
granted permission to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(b)(1).

*suggest*," *Triestman v. Fed. Bureau of Prisons*, 470 F.3d 471, 474-75 (2d Cir. 2006) (internal

quotation marks and citations omitted) (emphasis in original).

## BACKGROUND

Plaintiff brings this action against Rodger Goodell, the Commissioner of the NFL, and

Eleanor Seavey, a paralegal with the NFL Legal Department. The following facts are taken from

the complaint. On March 6, 2013, after reading a newspaper article concerning talks of the NFL

cancelling the Pro Bowl game, Plaintiff wrote Goodell about a plan for a "Weekend of Fun and

Greatness," which would move the Pro Bowl game from Hawaii to different stadiums and

feature skill events. On March 18, 2013, Plaintiff received a letter from Seavey, informing him

that the NFL and its club members did not accept unsolicited proposals, along with a copy of his

unreviewed plan.

But in January 2014, the NFL moved the Pro Bowl game from Hawaii to Arizona,

playing it a week before the Super Bowl, as Plaintiff had proposed in his plan. Further, in

January 2018, the NFL held the Pro Bowl in Orlando, Florida, and featured skill challenges,

including a few of the events proposed in Plaintiff's plan. The NFL had never done skill

challenges or moved the Pro Bowl from Hawaii to other stadiums until after Plaintiff presented

his plan for a Weekend of Fun and Greatness. Because of the changes, NFL fans have become

more involved and the Pro Bowl ratings are higher.

Plaintiff believes that Goodell read and liked his plan and decided to implement it. He

claims that Goodell and Seavey conspired to steal his plan without providing him any

compensation, thus violating the Fifth Amendment to the Constitution. Plaintiff seeks

$20,0000,000.00 in compensation.

2

## DISCUSSION

Plaintiff brings this action under 42 U.S.C. § 1983, asserting that Defendants Rodger Goodell and Eleanor Seavey of the NFL violated his rights under the Fifth Amendment. Section 1983 provides redress for a deprivation of federally protected rights by persons acting under color of state law. 42 U.S.C. § 1983; *Flagg Bros., Inc. v. Brooks*, 436 U.S. 149, 155-57 (1978). A claim for relief under § 1983 must allege facts showing that each defendant acted under the color of a state "statute, ordinance, regulation, custom or usage." 42 U.S.C. § 1983. Private parties are therefore not generally liable under the statute. *Sykes v. Bank of America*, 723 F.3d 399, 406 (2d Cir. 2013) (citing *Brentwood Acad. v. Tenn. Secondary Sch. Athletic Ass'n*, 531 U.S. 288, 295 (2001)); *see also Ciambriello v. Cnty. of Nassau*, 292 F.3d 307, 323 (2d Cir. 2002) ("[T]he United States Constitution regulates only the Government, not private parties."). As Defendants Goodell and Seavey are private parties who do not work for any state or other government body, Plaintiff has not stated a claim against these defendants under § 1983.

District courts generally grant a *pro se* plaintiff an opportunity to amend a complaint to cure its defects, but leave to amend is not required where it would be futile. *See Hill v. Curcione*, 657 F.3d 116, 123–24 (2d Cir. 2011); *Salahuddin v. Cuomo*, 861 F.2d 40, 42 (2d Cir. 1988). Because the defects in Plaintiff's complaint cannot be cured with an amendment, the Court declines to grant Plaintiff leave to amend his complaint.

## CONCLUSION

The Clerk of Court is directed to assign this matter to my docket, mail a copy of this order to Plaintiff, and note service on the docket. Plaintiff's complaint, filed *in forma pauperis* under 28 U.S.C. § 1915(a)(1), is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). ASll other pending matters are terminated.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Clerk of Court is directed to docket this as a "written opinion" within the meaning of Section 205(a)(5) of the E-Government Act of 2002.

SO ORDERED.

Dated:    October 25, 2019
          New York, New York

                                        COLLEEN McMAHON
                                        Chief United States District Judge

Mr. Leon M. Ager
P.O. Box 1109
Clinton, NC 28329

To: National Football League
League Office
C/o Commissioner Roger Goodell
850 Park Ave.
New York, NY 10017

March 3, 2013

<u>ATTACHMENT- 2</u>

Dear Commissioner:

    My name is Leon M. Ager and I am an inmate at Sampson Correctional Institution in Clinton, North Carolina 28329.

    I wrote you a few months back about a plan I came up with called (A Weekend Of Fun & Greatness) that I think will shoot the Pro Bowl ratings to all time highs and the fans will enjoy all the events leading up to Sunday's Pro Bowl game.

    The reason in my plans reaching you late? First! I sent them to my sister (Melody McGuire 704-434-2410) with hopes of her typing (she have on disk) them out for me so they would look professional once they reach your desk. But my sister suffers from Lupus and has been in and out of the hospital for months, so I sent them to one of my friends (Sharon Mandosa) that said, she would type them for me. I sent them to her over three weeks ago and she said, she really LMA really loved the plan and were going to send them back to me certified mail over two weeks ago, which they never reach me! with uncertainty and due to my limited libilities (Incarceration) she may have sent these (My) plans to you without my consent, because

_____

subscribed and sworn to before me this _____ day of _____

_____
signature and seal of Clerk of Court or Notary Public

My Commission expires _____

ATTACHMENT C

... 2074 ...

...ommissioner Roger Goodell

...imes without a response back, so I am sending my plans without them being typed.

Mr Goodell, Almost every professional League has an all-star game and special events leading up to the all-star game so fans can get excited and ready to see their favorite players. These all star games are played Midway doing the season. Have you or the league ever thought about playing the Pro Bowl Midway doing the season? I know you Mentioned about going to a 18 games schedule, If this ever happens, then the Pro Bowl game being played Midway in the season might be the perfect solution, because teams would get two weeks off a season 1.) Being the week off from their bye week and 2.) A week off for the Pro Bowl Game. If the season stays at it's Normal 16 games schedule and if you do not cancel the Pro Bowl, then you and the league still may be interested in implementing (A Weekend of Fun! Greatness).

I have implemented several ideas for (A Weekend of Fun! Greatness). Friday Night Flag Football Game, Saturday Night Blast (7 events) and the Most intriguing event is allowing fans to vote one player into Pro Football Hall of Fame "Example Enclosed with Plans" through text Message on NFL.com or a special site "fansvotehalloffame.com" set up for voting. These fans are allowed to start voting at the beginning of Friday Night Flag football game and ending at 12:08 PM Saturday Night, so special agency can tally up all votes for Pro Football Hall of Fame winner. Giving fans a chance to vote one player into Pro Football Hall of Fame each year will

Subscribed and sworn to before me this _____ / _____ day of _____

My Commission expires _____

signature and seal of clerk of court or Notary Public

Commissioner Roger Goodell

with the league and full of anticipation being able to see the fruits of their voting when you reveal winning player at halftime of the Pro Football game and place Gold Pro football Hall of Fame jacket on him.

Commissioner, If you or the league decides to implement any of my ideas. I would like to receive 5% off Television ratings revenues and 5% off Hall of Fame Text Message voting revenues and all expense paid trip to the Pro Bowl for My four sons, grandson, Mother and brother.

Thanks for your time and hopefully My ideas will be of some enlightment to you and the National Football league and to the Many fans all over the United states and other Countries that is able to see the Most excitement and favorite sport of all times. May you continue your success as Commissioner as you make the league and players more discipline and a safer field for players to play on.

P.S. Doing A Weekend of Fun: Greatness        Sincerely,
you can have special events set up          Leon M. Tyler
for fans and Kids to enjoy themselves,
win prizes and meet different players
from around the league.

C: Melody McGuire
   Sharon Mandosa
   Personal

_____

_____                    My Commission expires_____

signature and Seal of clerk of Court or Notary Public

# A Weekend of Fun & Greatness

A list of Events each Night

<u>Friday Night</u> - Announcement of Seven players on fans to vote one into
the Football Hall of Fame.

Show special clippings of the 7 players playing days.

Reading of rules and regulations on voting for players.

Flag Football Game:

At Halftime of flag football game - one lucky fan will get a chance to win
A Car / Money "sponsor of event" by kicking a 30/35 yard field goal or
throwing a football through a tire 20/25 yards away.

<u>Saturday Night Blast</u> - 7 Events

1) Tug-A-War "7 offense of Lineman from NFC, 7 Defense of Lineman from
NFC, 7 offense of Lineman from AFC and 7 Defense of Lineman from AFC.

2) Longest Throw of A Football — 7 special team players from NFC and
7 special team players from AFC

3) Hitting Moving Targets — 7 Quarter backs from NFC and 7 Quarterbacks from AFC

4) Bench Press 225 Reps The Most - 7 linebackers from NFC and 7 Linebackers from AFC

5) The Strongest NFL Player - 7 players selected by Commissioner, league or Fan ballots

6) The Fastest Man In NFL - 7 players from NFC and 7 players from AFC

7) Final and Main Event: Obstacle Course 7 Defense Backs, 7 Running Backs and
7 Wide Receivers

<u>Friday Night and Saturday Night</u>: Throughout Events fans are still voting for their
favorite player through text message whom they want to make into Hall of Fame.

<u>Sunday Pro Bowl Game</u>: At halftime of Game the 7 players from Hall of Fame
list will be present on field as commissioner open up sealed envelop and
reveal the chosen player the fans has voted for and receive his Gold Hall of
[   ]

Subscribed and Sworn to before Me this _____ day of _____

Signature and Seal of clerk of Court or Notary Public  My Commission Expires _____

Fans Hall of Fame Voting

Give all NFL Fans a chance to vote one player into
Pro Football Hall of Fame each year whom should have made it
example: Harvey Martin | Chuck Foreman | etc.
         Ken Anderson  | Jim Plunkett  |
         Henry Ellard   | Jason Seahorn |
         Drew Pearson   | Lester Hayes  |

Make a list of all players that had outstanding careers in the league,
but has gone unnoticed by the Hall of Fame committee
Once the list has been made — Give fans a chance to vote from list
like fans vote for Pro bowl players" once all votes are tallied up from
fans voting for the player of their choice who they want to make it
into the Pro Football Hall of Fame.

The League will only reveal these 7 players with the most votes from
fans at the beginning of Friday Night Flag football game with special clippings
of their playing days. Once small segments of each player has been shown.

The League will discuss the rules and regulations on voting for one of
the 7 players and how to vote for them (NFL. com, ... etc through text message)
Doing the course of events Friday and Saturday night fans are constantly
voting (Text message) throughout America from the list of 7 players that they
want to make it into Pro Football Hall of Fame.

<u>Saturday Night at 12:00 PM Voting Stops!</u>

By allowing fans to vote one player into the Pro Football Hall of Fame each
year will create unity amongst fans and league.

I am sure by the league implementing this plan will bring excitement and
anticipation amongst fans waiting on the Pro Bowl and special events each
year, So they can see their favorite players in events and feel like
part of the NFL league (like Green Bay Packers investing fans) instead of

Subscribed and sworn to before me this _____ day of _____

Signature and seal of clerk of court or Notary Public    My commission expires _____

1.) The 7 players with the most votes that fans voted for throughout America out of the (20s/30s/40s...etc) Former players from ballot will be revealed.

2.) The Commissioner will Announce these 7 players fans can vote one into Pro Football Hall of Fame.

3.) Special clippings of these 7 player playing days will be shown.

4.) Reading of Rules and Regulations on voting for player.

5.) Flag Football Game.

Options on Selecting Two Teams.

1.) College Draft picks against Draft picks from previous year.

2.) Rookies against Veteran players

3.) Rookies against Retirees

4.) Veteran players against Retirees

5.) One lucky fan will get a chance to win Car (Ford/Gm.) or Cash (Coke/sponsor) by kicking 30/35 yard field goal or throwing a Football through a tire 20/25 yards out?

All doing the course of events fans are constantly voting (Text Message) for their favorite player they want to make it into Pro Football Hall of Fame.

Subscribed to before me this _____ day of _____

Signature and Seal of Clerk of Court or Notary Public    My Commission expires _____

# Saturday Night Blast

1) Tug-A-War: 4 teams "7 offense of Linemen from NFC, 7 Defense of Linemen from NFC, 7 offense of Linemen from AFC and 7 Defense of Linemen from AFC.

2.) Longest Throw of A Football: 7 special team players from NFC and 7 special team players from AFC.

3.) Hitting Moving Targets: 7 Quarterbacks from NFC and 7 Quarterbacks from AFC

4.) Bench Press 225 pounds The Most: 7 Linebackers from NFC and 7 Linebackers from AFC.

5.) The Strongest NFL player: 7 players selected by NFL Commissioner, League or Fan ballot.

6.) The Fastest Man in NFL: 7 players from NFC and 7 players from AFC

7.) Final and Main Event Obstacle Course: 7 Defense Backs, 7 Running Backs and 7 Wide Receivers

-)All doing the course of events fans are constantly voting (Text Message) for their favorite player they want to make it into Pro Football Hall of Fame.

"Voting for Hall of Fame player stops at 12:00 P.M. Saturday Night"

———————— My Commission expires ————————

Signature and Seal of Clerk of Court or Notary Public

Saturday Night Blast

1st Event Tug-A-War : 4 teams Consist of 7 players per team
This Event is for Defense and Offense of Lineman

+ Defense of Lineman from NFC (7 players - 6 for event and 1 alternate)
+ Offense of Lineman from NFC (7 players - 6 for event and 1 alternate)
+ Defense of Lineman from AFC (7 players - 6 for event and 1 alternate)
+ Offense of Lineman from AFC (7 players - 6 for event and 1 alternate)
Double Elimination)

NFC Defense of Lineman against AFC Defense of Lineman
NFC Defense of Lineman against AFC offense of Lineman
NFC offense of Lineman against NFC offense of Lineman
NFC Defense of Lineman against NFC offense of Lineman

Once the best teams has been determined from double elimination.
The last two teams standing where it be NFC defense against the
NFC offense or Vice Versa will play for 1st place $35,000/$5,000 each
player and runners up $14,000/$2,500 each player or whatever Monetary
value deemed by sponsor of event.

2nd Event Longest Throw of A Football : This Event is For Special
Team players 7 special Team players from NFC and 7 special team players from AFC

Each player gets one practice throw before Event starts.
Whichever player throws the longest length of the football field wins.
If there is a tie from their throws ~ Each player from tie will get
one throw a piece to determine winner. Top thrower wins $20/$25,000
and runners up $15,000 or whatever Monetary value deemed by sponsor
of event.

Subscribed and Sworn To before me this _____ day of _____
Signature and Seal of clerk of court or Notary Public  My Commission expires _____

rd Event Hitting Moving targets. This Event Is For Quarterbacks 7 Quarterbacks From NFC and 7 Quarterbacks From AFC.

each Quarterback will get a chance to hit Moving targets with Bullseye on them. 25 points for hitting "Red" bullseye, 15 points for hitting "yellow" around the bullseye and 10 points for hitting "Blue" around yellow of bullseye. The Quarterback with the Most points win. If there is a tie for any reason. Each player from tie will repeat event until winner is determined. Winner $20/$25,000 and runners up $10/$15,000 or whatever Monetary value deemed by sponsor of event.

th Event Bench Press 225 Pounds The Most Reps In One Minute. This Event Is For Linebackers 7 Linebackers From NFC And 7 Linebackers From AFC.

Each Linebacker has one Minute to bench press 225 pounds the Most reps win. If there is a tie for any reason - The players with ties will repeat event until winner is determined. Winners $20/$25,000 and runners up $10/$15,000 or whatever Monetary value deemed by sponsor of event.

th Event The Strongest Man In NFL. 7 players from Around the League will Be Selected By Commissioner League or Fans Ballot through weight Charts From Teams Workout And through Word Of Mouth From Players And Coaches From Around the League who Says the Strongest Player. each player will test their Strength by Squatting, Benching and Deadlifting the Most Weight for a Combine Score to determine winner and runners up. If there is a tie for any reason - The player with ties will repeat exercises Until winner is determined. The winner $30/$35,000 and

event.

subscribed and Sworn to before me this _____ day of _____

My Commission expires _____

7 Players from AFC. These 14 Players will be selected by NFL Commissioner and word of Mouth from Players and Coaches from around the League on who's the fastest Player.

Each one of the 14 Players will have one shot as they are timed in the 45 yard dash. The top 7 runners speed out of 14 will then line up on track or football field and have an all out race in the 100 yards. If there is a tie for any reason to determine the 7 runners for the 100 yards — They will repeat 45 yard dash until 7 runners are determined. If there is a tie in the 100 yard dash, then the players with ties will repeat event until winner is determined. The winner $30/35,000 and runners up $20/25,000 or whatever monetary value deemed by sponsor of event.

5th And Final Event The Obstacle Course — (This Event will be set up by Experts for Safety Purposes) This Event is for Defense Backs, Running Backs and Wide Receivers. 7 Defense Backs, 7 Running Backs and 7 Wide Receivers will be selected by League or Fans ballot to vote on Players — The same way it is done when Fans vote for Pro Bowl Players

The winner of this event will receive 50,000 dollars and 55,000 dollars for charity of his choice and runners up will receive 30,000 dollars and 30,000 dollars for charity of his choice.

= No Player Can Enter Two Events — only one Event! By allowing Players to Compete in only one event, It Broadens the field for More Players to participate.

Sworn To before me this _____ day of _____

Signature and Seal of Clerk of Court or Notary Public        My Commission expires _____

There should be a tiered sponsorship with the biggest sponsor sponsoring the main event (obstacle course) due to it is paying the highest prize money. If sponsor is not willing to pay the 50,000 dollars and 35,000 dollars for charity, maybe the league will match offer of winner and runners up in the obstacle course.

The NFL can also match the winnings of each winner and runners up of every event, by donating these dollars to charities of these players choice. I think by tapping into different charities all across America through the different players home-towns will enhance the morale of fans and boost the ratings of Pro Bowl weekend.

Subscribed and sworn to before me this _____ day of _____

My Commission expires _____

Signature and seal of Clerk of Court or Notary Public

The league... ...fits from fans voting for their Hall of Fame player to match each player winnings from sponsors of each event, to donate, to players charities of their choice. If the league decides to go in this direction of matching winners and runners up charities. In the Tug-A-War event, each of the 7 players of winners and runners up team will pick charity of their choice - Example ($35,000 dollars for winning team, $5,000 each player and $5,000 to each player charity of choice) and the same applies to runners up team ($14,000 dollars for runners up, $2,000 each player and $2,000 to each player charity of choice.)

If the league does decide to match winners and runners up winnings for charity of their (Player) choice. These donations can benefit a multitude of needed people in NFL players hometowns all across America. In locations never seen or heard of, but in need of assistance.

Subscribed and sworn to before me this _____ day of _____

Signature and seal of clerk of Court or Notary Public. My Commission expires _____

# Sunday Pro Bowl Game

<u>The Pro Bowl Game</u>: (I think switching locations of the Pro Bowl each year or every 2/3 in NFL team stadiums is also a good idea, so fans can attend the game in cities near them and see some of their favorite players. (I think implementing this system will boost ratings besides the game being played in Hawaii each year.)

<u>Halftime of Game</u>: The 7 players fans voted for in the Hall of Fame voting will be present at midfield as Commissioner "Roger Goodell" announce each player and opens up the seal envelop and reveals the winner by fans choice to enter into Pro Football Hall of Fame as the Commissioner/Family member places Gold Hall of Fame jacket on him.

Subscribed and sworn to before me this _____ day of _____

Signature and seal of clerk of court or Notary Public    My Commission expires _____

Page 7 Saturday Night Blast Diagram — Artist & Singers entertain ans.

Page 8 Tug-A-War 4 Teams — 7 Defense of Linemen from **NFC** and 7 Offense of Linemen from **NFC** and 7 Defense of Linemen from **AFC** and 7 Offense of Linemen from **AFC** Compete against each team (Double Elimination) LMA

Page The longest Throw of A Football — This event is for Special Team Players, 7 Players from NFC and 7 Players from AFC.

Page 9 Hitting Moving Targets — 7 Quarterbacks from NFC and 7 Quarterback from AFC, Bench Press 225 Pounds The Most Reps — Event is for Line backers 7 Linebackers from NFC and 7 Linebackers from AFC. The Strong est Man in NFL These 7 Players are selected from around the League

Page 10 The Fastest Man IN NFL. 7 Players from NFC and 7 players rom AFC Compete for the fastest player and Final **Event** Obstacle Course This event is for 7 Defense Backs, 7 Running Backs and 7 wide receivers. No Player Can Compete In Two Events.

Page 11 Explaining Sponsorship for Events / NFL Can match winnings of winners and runners up charities of choice.

Page 12 Explaining on how league can use some of the text message voting profits to cover cost for players to donate to charities.

Page 13. Sunday Pro Bowl Game — Halftime of Game players from Hall of Fame voting will be midfield and winner will receive their Gold Hall of Fame Jacket

Page 14 "Side Two" AFFIDAVIT

| | |
|---|---|
| SWORN AND SUBCRIBED TO BEFORE ME | Date 5 March 2013 |
| Title    Notary Public | Name Leon M. Ager |
| I Notary   My Commission expires Dec 09  13 | |

State Of North Carolina

Sampson County

# AFFIDAVIT

Hereby Is A List of fourteen pages (Side two) Plan For
A Weekend Of Fun! Greatness
Presented To Commissioner Roger Goodell
And The National Football League

## — ATTACHMENTS —

Page 1-3 A letter to Commissioner Roger Goodell explaining My plan,
The and League implement My plan (A Weekend OF Fun! Greatness)
I would like to receive 5% Revenue off Television Ratings, and
5% Revenue off Hall OF Fame Text Message Voting and a all expense
paid trip to Pro Bowl for My four Sons Grandson, Mother and Brother.
Page 4 A Layout of Events (Announcement of 7 players fans can vote
one into Pro Football Hall OF Fame, Showing LMA special clippings of players
playing days, Reading of Rules and Regulations on how fans vote for
players, Friday Night Flag Football Game, Halftime of Game one lucky fan
can win Car/money by sponsor, Saturday Night Blast "7 Events". All through-
out Events fans are constantly voting for their favorite player whom
they want to make it into Hall OF Fame, Voting stops at 12:05 PM Satur-
day Night Sunday Pro Bowl Game at halftime the Commissioner will re-
veal winning player fans voted on to enter into Pro Football Hall OF Fame.
Page 5 Fans Hall of Fame Selection (Example and Rules on How to
select players.
Page 6 Friday Night Events options on Selecting two teams for
Flag Football Game, Halftime Lucky Fan Can win Car/money by kicking a
Football through tire, 20/25 yards away



### NATIONAL FOOTBALL LEAGUE

March 18, 2013

**<u>VIA US POSTAL SERVICE</u>**

Leon Ager
#0002170
P.O. Box 1109
Clinton, NC 28329

Re: <u>Submission</u>

Dear Mr. Ager,

Thank you for your interest in submitting a proposal for the NFL's consideration.  Your recent submission has been forwarded to me for response.

While we appreciate your interest in and enthusiasm for the NFL, under our established policy the NFL does not accept unsolicited proposals and therefore is not interested in pursuing your submission.  Any materials that you send to the NFL or any Member Club would be returned to you, unreviewed, under this policy. For that reason, enclosed with this letter I am returning to you the NFL's only copy of your submission.

Please know that we appreciate your integrity and time, and wish you success in your future ventures.

Best regards,

NATIONAL FOOTBALL LEAGUE

Eleanor Seavey
Paralegal
NFL Legal Department

ATTACHMENT-3

LARKIN, BILLY F #0490312
CASWELL CORRECTIONAL CENTER
444 COUNTY HOME ROAD
BLANCH, NORTH CAROLINA 27212

LEGAL DOCUMENTS



RECEIVED
FEB - 2 2026
PRO SE OFFICE

Mailed From
Caswell Correctional Center #4415








USMS
SDNY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PRO SE INTAKE UNIT
U.S. COURTHOUSE - 500 PEARL STREET
NEW YORK CITY NEW YORK 10007

