United States District Court

Southern District of New York

RECEIVED
MAR 30 2026
PRO SE OFFICE

Leon M. Ager; Billy F. Larkin,

Plaintiffs,

Case No: 1:26-cv-0903 (LTS)

√

Amended Complaint Alleging Fraud,

Commissioner Roger Goodell;   Conversion, Conspiracy, Unjust-Enrichment,

National Football League, An   Breach Of Quasi-Contract In Quantum Meruit,

Unincorporated Business,   Disparate Treatment, And Continuous

Defendants.   Wrong Doctrine

Comes Now Plaintiffs, Leon M. Ager; Billy F. Larkin, Pro Se, Pursuant To Rule 15 (a) (1) Of The Federal Rules Of Civil Procedure And Before Being Served With Responsive Pleading Serve This First Amended Complaint Alleging Fraud Conversion, Conspiracy, Unjust-Enrichment, Breach Of Quasi-Contract, In Quantum Meruit, Disparate Treatment, And Continuous Wrong Doctrine.

The NFL Is An Unincorporated Business Consisting Of Thirty-Two Member Clubs. Its Operation And Structure Is Governed By The NFL Constitution And ByLaws. The Executive Committee Empower Commissioner, Roger Goodell To Manage The National Football League Affairs, Including A Responsibility To The Executive Committee Members, Along With The Authority To Establish And Implement Policies And Procedures Pursuant To The NFL Constitution And ByLaws. Plaintiff Allege The

Commissioner Committed A Series Of Decade-Long Wrongful Acts Within The Scope Of His Authority To Advance The Business And Profit Interest Of The Executive Committee Who Pursued And Agreed To A Course Of Conduct To Effect An Agreed On Purpose. Thus, Each Is Responsible For Their Own Acts, And The Acts Of Other Members Of The Executive Committee, As Follows:

1. Amid Concussion-Related Suits Filed By Players In 2015, Commissioner Goodell Threatened To Cancel The Pro Bowl If The NFL And All-Star Players Failed To Reach And Agreement Pursuant To Full-Contact Football.

2. The NFL Players' Association Was Concerned About Career-Ending Injuries From Participating In Full-Contact Pro-Bowl Games.

5. On March 6, 2015, Plaintiffs Mailed A Marketing Proposal To The Commissioner, Entitled "A Weekend Of Fun And Greatness" That Included Procedures, Process, Method Of Operation, Concept, Explaination And Illustration With The Goal Of Combining Skills Challenges Events That Re-create The Pro-Bowl Experience For New Fans, While Solving The Player Safty Concern Of All-Stars.

4. Plaintiffs Surmised The NFL Constitution And Bylaws Featured Internal Procedures Under Which Plaintiffs Marketing Proposal Was Sealed And Forwarded To The Legal Department To Be Filed, And Release Forms Would Be Sent To Plaintiffs. Thus, The Marketing Proposal Would Not Be Implemented Prior To The Release Being Executed.

5. Disclosure of the Marketing Proposal was made for the purpose of compensation, as stated, and a necessary preliminary for negotiations. The trade-name, "A Weekend of Fun and Greatness" cannot be protected by advanced registration under the Latham Act, and the copyright afford no protection for Plaintiffs Marketing Proposal.

6. Plaintiffs had no intention of making a gift of a Marketing Proposal that is novel, original and concrete and merit protection pursuant to New York State Law governing Property Rights.

7. On March 18, 2013, the NFL returned a copy of Plaintiffs Marketing and stated it was unreviewed as established by policy that does not allow for the acceptance of unsolicited Marketing Proposals.

8. March 18, 2013 was also the day the meeting of the NFL's Executive Committee members were held. On information and belief, Plaintiffs Marketing Proposal was the specific agenda item voted on and approved, before/or after the response from the Legal Department.

9. On information and belief, the Commissioner instructed the Legal Department to return a copy of the Marketing Proposal and presented the novel, concrete, and original to Executive Committee member for a vote. The official record of that 3/18/2013 meeting raise a justifiable inference the goal was to promote the personal interest of the Committee.

10. Executive Committee members authorized and ratified by vote the

3.

Commissioner's Wrongful Acts And Is Equally Liable For Fraud, Conversion, Conspiracy, Unjust Enrichment, Breach Of Quasi-Contract In Quantum Meruit, Disparate Treatment, And Continuous Wrong Doctrine.

11. On Information And Belief, Recognized Plaintiffs Novel, Concrete And Original Marketing Proposal As A Gamechanger, Including Patents, Copyrights, Trademarks, And Trade Names, Realizing Plaintiffs Suffered From The Prospect Of Years Of Incarceration To Protect Plaintiffs Property Rights.

12. Plaintiffs Allegations Are Bolstered By The Plethora Of Facts Cited In An October 25, 2019 Order By Chief Judge Colleen McMahon, That States Plaintiffs Marketing Proposal Made The Post-2013 Pro-Bowls Qualitatively Superior And A Net Gain For The NFL, And Executive Committee Members.

<u>Jurisdiction And Venue - Parties.</u>

13. This Court Has Jurisdiction Over This Action Pursuant To 28 U.S.C.A. 1332. There Is Complete Diversity Between The Parties, And, The Amount In Contraversy Exceed $75,000.

14. Venue Is Proper In This Court Pursuant To 28 U.S.C.A. 1391. The National Football League Is An Unincorporated Association And Principle Place For The Transaction Of Business Is The State Of New York.

15. Plaintiff, Leon M. Agee Is A Citizen Of The State Of North Carolina.

16. Plaintiff, Billy F. Larkin Is A Citizen Of The State Of North Carolina.

4.

16. Defendant, Roger Goodell is the Chief Executive Officer of the NFL, and a citizen of the State of New York.

17. Defendant, Jerry Jones is a member of the Executive Committee and a citizen of the State of Texas.

18. Defendant, Mike Brown is a member of the Executive Committee and a citizen of the State of Ohio.

19. Defendant, David Tepper is a member of the Executive Committee, and a citizen of the State of New Jersey.

20. Defendant, Arthur Blank, is a member of the Executive Committee, and a citizen of the State of Georgia.

21. Defendant, Bob Walton is a member of the Executive Committee, and a citizen of the State of Colorado.

22. Defendant, Shahid Khan, is a member of the Executive Committee, and a citizen of the State of Florida.

23. Defendant, Green Bay Packers ownership is a member of the Executive Committee, and citizens of the State of Wisconsin.

24. Defendant, Clark Hunt is a member of the Executive Committee, and a citizen of the State of Texas.

25. Defendant, Dean Spanos is a member of the Executive Committee, and a citizen of the State of California.

26. Defendant, Robert Kraft is a member of the Executive Committee, and a citizen of the State of Massachusetts.

27. Defendant, Zygi Wilf, is a member of the Executive Committee, and a citizen of the State of New Jersey.

28. Defendant, Art Rooney, is a member of the Executive Committee, and a citizen of the State of Philadelphia.

5.

29. DEFENDANT, Amy Strunk, Is A Member Of The Executive Committee, And A Citizen Of The State Of California.

30. DEFENDANT, Bryan Glazer, Is A Member Of The Executive Committee, And A Citizen Of The State Of Florida.

31. DEFENDANT, Judy Allen, Is A Member Of The Executive Committee, And A Citizen Of The State Of Washington.

32. DEFENDANT, Denise DeBartolo, Is A Member Of The Executive Committee, And A Citizen Of The State Of Ohio.

33. DEFENDANT, Christine Lurie, Is A Member Of The Executive Committee, And A Citizen Of The State Of Philadelphia.

34. DEFENDANT, Robert Johnson, Is A Member Of The Executive Committee, And A Citizen Of The State Of Flordia.

35. DEFENDANT, Steve Tisch, Is A Member Of The Executive Committee, And A Citizen Of The State Of New Jersey.

36. DEFENDANT, Gayle Benson, Is A Member Of The Executive Committee, And A Citizen Of The State Of Louisiana.

37. DEFENDANT, Sheila Hamp, Is A Member Of The Executive Committee, And A Citizen Of The State Of Michigan.

38. DEFENDANT, Janice McNair, Is A Member Of The Executive Committee, And A Citizen Of The State Of Texas.

39. DEFENDANT, Mark Davis, Is A Member Of The Executive Committee, And A Citizen Of The State Of Nevada.

40. DEFENDANT, Stan Kroenke, Is A Member Of The Executive Committee, And A Citizen Of The State Of Colorado.

41. DEFENDANT, Stephen Ross, Is A Member Of The Executive Committee, And A Citizen Of The State Of Flordia.

6.

42. Defendant, Jimmy Haslam, is a member of the Executive Committee, and a citizen of the state of Tennessee.

43. Defendant, Kim Pegula, is a member of the Executive Committee, and a citizen of the state of Flordia.

44. Defendant, Steve Bisciotti, is a member of the Executive Committee, and a citizen of the state of Maryland.

45. Defendant, Bill Bidwill, is a member of the Executive Committee, and a citizen of the state of Arizona.

46. Defendant, Jim Irsay is deceased, and former member of the Executive Committee, and was one a citizen of the state of Indiana. Plaintiff seek damages from Defendant's estate and heirs, as team owners.

47. Defendant, Virginia McCaskey is deceased, and former member of the Executive Committee, and was once a citizen of the state of Illinois. Plaintiffs seek damages from Defendants estate and heirs, as team owners.

48. Defendant, Daniel Snyder, a former member of the Executive Committee in 2015, and now a citizen of the country of England.

49. Defendant, The National Football League is an unincorporated association registered in the state of New York.

## First Claim For Relief - Fraud

50. Plaintiffs incorporate and realleges paragraphs 1 through 49 of this complaint.

51. Fraud is demonstrated by the Commissioner's blatant failure to adhere to internal procedures mandated by the NFL Constitution and Bylaws

7.

Pursuant to Plaintiffs Marketing Proposal by Fraudulently Disclaiming Any Interest In Pursuing The Submission. After Specifically Rejecting It, The Executive Committee Affirmatively Voted To Implement Plaintiff Marketing Proposal In Stages, Over A Decade, Due To It Novelty, Originality, And Concreteness.

52. Because The Act Of Fraud Committed By The Commissioner Acting Within The Scope Of His Authority, And Fall Within To Scope Of The Purpose Of The Executive Committee, The Committee Are Liable Severally.

53. The Executive Committee Knowingly Participated In The Commissioner's Fraudulent Scheme And Permitted The Commissioner To Violate The NFL Constitution And Bylaws Pursuant To Plaintiffs Marketing Proposal Due To Potential Profits.

54. The Executives Not Immunized From Allegation Of Fraud. They Assented To Wrongful Acts In Respose To 2012 Class-Action Stemming From Conclussions That Threatened To Derail The 2014 Pro-Bowl. The Committee Voted, And In The Compressed Timeframe Planned And Staged The Pro-Bowl In Pheonx And Promoting It A Week Before The Superbowl, As Instructed By Plaintiffs Marketing Proposal. Committee Members Have Actually Participated In Post-2013 Pro-Bowls, Via, Personal Appearances.

55. The Commissioner And Executive Committee Members Has Fraudulently Benefited From Plaintiffs Marketing Proposal For Over A Decade, Giving The Pro-Bowl A Commercial Value It Would Not Otherwise Have. (ATTACHMENT-1)

56. Chief Judge McMahon's 10/19/2019 Order Give Clear Merit To Plaintiffs Assertions, And States "In January 2014, The NFL Moved The Pro-Bowl From Hawaii To Arizona

PLAYING IS A WEEK BEFORE THE SUPER BOWL AS PLAINTIFF PROPOSED IN HIS PLAN."

57. THE DEVELOPMENT OF PLAINTIFFS MARKETING PROPOSAL REQUIRED YEARS OF TESTING AND IMPLEMENTATION IN MULTI-STAGES. THE FIRST STAGE WAS NOT A COMPLETE AND SEPARATE WRONG, BUT SIMPLY, THE FIRST STAGE IN A COURSE OF FRAUDULENT CONDUCT THAT ONGOING, GIVING RISE TO THE CONTINUOUS ACCRUEMENT OF PLAINTIFFS CLAIMS WITH ANNUAL PROMOTIONS OF POST-2013 PRO-BOWLS.

58. DEFENDANTS HAS OPERATED IN A STATE OF PERPETUUM, CONSISTANT WITH THE CONTINUOUS WRONG DOCTRINE, AS EVIDENCE BY CHIEF JUDGE MCMAHON STATING "IN JANUARY 2018, THE NFL HELD THE PRO-BOWL IN ORLANDO, FLORIDA, AND FEATURED SKILL CHALLENGES INCLUDING A FEW OF THE EVENTS PROPOSED IN PLAINTIFFS PLAN." (ATTACHMENT-2)

59. CHIEF JUDGE MCMAHONS IS PRIMA-FACIE PROOF OF THE NOVEL, ORIGINAL, AND CONCRETE REQUIREMENT OF PLAINTIFFS PROPOSAL, STATING "BECAUSE OF THE CHANGES, NFL FANS HAVE BECOME MORE INVOLVED AND THE PRO-BOWL RATING ARE HIGHER.

60. IN THE YEARS BETWEEN THE ACCRUAL OF PLAINTIFFS CAUSE OF ACTION AND THE COMMENCEMENT OF THE PRESENT ACTION, DEFENDANTS FRAUDULENT CONDUCT CONTINUE TO BE INTENTIONAL, WILLFUL, AND WITHOUT REGARD TO PLAINTIFFS PROPERTY RIGHTS, AND FAIR COMPENSATION.

61. PLAINTIFF HAS DAMAGES DUE TO THE FRAUD COMMITTED BY THE COMMISSIONER AND EXECUTIVE COMMITTEE MEMBERS, PURSUANT TO THE NEW YORK STATE LAW PURSUANT TO PROPERTY RIGHTS, IN A AMOUNT TO BE COMPLETED BY TRIAL.

9.

SECOND CLAIM FOR RELIEF - CONVERSION AND CONSPIRACY

62. PLAINTIFFS INCORPORATE AND REALLEGES PARAGRAPHS 1 THROUGH 61 OF THIS COMPLAINT.

63. PLAINTIFF HAD THE RIGHT OF JOINT POSSESSION OF THE MARKETING PROPOSAL AT ISSUE, TAKEN BY THE DEFENDANTS BY FRAUD AND CONSPIRACY, NOT BY NEGOTIATIONS, TO THE EXCLUSION OF PLAINTIFFS PROPERTY RIGHTS.

64. THE PRESENCE OF FRAUDULENT INTENT IS EVIDENT. THE NFL CONSTITUTION AND BYLAWS INCLUDE THE STATED OBLIGATION TO RETURN PLAINTIFFS MARKETING PROPOSAL, OR OTHERWISE, PROVIDE A RELEASE. DEFENDANTS HAD KNOWLEDGE OF SAID POLICY WHEN VOTING IN 2013 TO ASSUME OWNERSHIP OF THE PROPOSAL WITHOUT LEGAL JUSTIFICATION.

65. THE ACT OF DOMINATION WRONGLY EXERTED OVER PLAINTIFFS MARKETING BY DEFENDANTS INCLUDE THE UNAUTHORIZED CONVERSION OF THE TRADE-NAME "A WEEKEND OF FUN AND GREATNESS", AND ALL INTELLECTUAL PROPERTY RIGHTS PURSUANT TO POST-2013 PRO-BOWLS, AND THE 2024 GLOBAL SPONSORSHIP OF FLAG-FOOTBALL.

66. DEFENDANTS BREACHED A WELL RECOGNIZED QUASI-CONTRACT DOCTRINE AND THE EXTENT OF JOINTLY AND SEVERALLY LIABILITY IN QUANTUM MERUIT THAT PROVIDE PLAINTIFFS A FAIR RATE OF COMPENSATION, MEASURED BY THE VALUE OF PLAINTIFFS MARKETING METHODOLOGY PURSUANT TO POST-2013 PRO-BOWLS.

67. FACTUAL QUESTIONS RAISED IN THE PLEADINGS ARE RELEVANT TO ASSESSING THE STATUTE-OF-LIMITATION. FACTS PROVE DEFENDANTS PARTICIPATED IN AN

10.

Elaborate Decade-long Conspiracy, using Plaintiffs Incarceration Status to Run out the clock on the Statute-of-Limitation to fully Benefit from Plaintiffs Marketing Proposal, from 2015, to Perpetuity, to Deprive Plaintiffs of Full And Fair Compensation.

68. The Court should consider the Conversion of Plaintiffs Marketing Proposal And Defendants Harmful Acts Hindering the Filing of a Timely Action To Receive A Benefit in Perpetuity That Is Unconscionable For Defendants To Retain.

69. Plaintiffs Has Suffered Damages Due Unjust Enrichment By The Commissioner And Executive Committee Members Pursuant To New York State Law, In An Amount To Be Computed By Trial.

Third Claim For Relief - Unjust Enrichment

70. Plaintiffs Incorporate And Realleges Paragraphs 1 Through 69 of This Complaint.

71. Judge Mc Mahon's 10-19-2019 Order Demonstrates Plaintiffs Instantiation of Unjust Enrichment, stating, "Because of The Changes NFL Fans Have Become more involved And The Pro Bowl Ratings Are Higher," Thus Defendants Cannot Demonstrate That They Were Not Unjustly Enriched From Plaintiffs Fraudulently Procured Marketing Proposal At Plaintiffs Expense.

72. Defendant sought A Benefit From Defendants Deliberate Choice The Cause The Written Misrepresentation of Attachment-3 With Full

Knowledge Of Its Falsity. On Information And Belief, Defendants Realized The Potential Of Plaintiffs Marketing Proposal Far Beyond The Pro-Bowl. Its Vital Component Addressed The Concerns Voiced By NFL's Players Association Pursuant To Player Safety. The Interactive Aspect Of Flag-Football As Proposed By Plaintiffs Was The Key To The Success Of Latter Pro-Bowls, Generating Billions In Annual Revenue For Defendants. (Attachment - 3)

73. On Information And Belief, Members Of The NFL Executive Committee Invested $32-Million In Flag-Football, Including:

A) A $150,000 Grant For Women's Flag-Football On The Collegiate Level.

B) $5-Million To Promote Flag-Football Amoung High-School Students.

C) In 2021, Defendants Promoted The NFL Flag Championship Game And The Pro-Bowl Skills Showdown.

D) In 2022, Flag-Football Became A Part Of The World Games For The First Time.

E) In 2028, The Olympics Will Feature Women's And Men's Teams From Around The World Competing In Flag-Football.

F) The Pro-Bowl, Post-2024 Feature Flag-Football Competition Between The AFC And NFC.

74. On Information And Belief, Defendants Recieved An Unfair Windfall Pursuant To Trademarks, Names, Logos, Symbols, Designs And Other Identifying Marks Associated With Flag-Football, And Within The Framework Of The Law Of Unjust Enrichment.

75. The Nature Of Defendants Fraud And Enrichment Has Operated In A State Of Prepetuum Pursuant To The Continuous Wrong Doctrine,

12.

EVIDENCED BY JUDGE McMAHON'S ORDER THAT CITES EVENTS FROM 2013 TO 2019 THAT SHOW THE DEVELOPMENT OF PLAINTIFFS MARKETING PROPOSAL REQUIRED YEARS OF TESTING TO IMPLEMENT IN MULTI-STAGES. THE FIRST STAGE WAS NOT A COMPLETE AND SEPARATE WRONG, BUT SIMPLY, A FIRST STAGE IN A COURSE OF FRAUDULENT ENRICHMENT THAT IS CONTINUOUS. THE FINAL STAGE RESULTED IN NFL FLAG-FOOTBALL TEAMS IN CANADA, MEXICO, UK, GERMANY, FRANCE, IRELAND, CHINA, SPAIN AND PORTA-RICO, GIVING RISE TO THE CONTINUOUS ACCRUEMENT OF PLAINTIFFS CLAIMS WITH EACH PROMOTION OF THE PRO-BOWL AND FLAG-FOOTBALL BY DEFENDANTS.

76. IT WOULD BE UNJUST FOR THE COURT TO PERMIT DEFENDANTS TO RETAIN THE VALUE OF PLAINTIFFS COMMERCIAL PROPERTY AND ANY PROFITS EARNED THEREOF.

77. PLAINTIFFS HAS SUSTAINED DAMAGES AS A DIRECT AND PROXIMATE RESULT OF DEFENDANTS FRAUD AND UNJUST ENRICHMENT IN AN AMOUNT TO BE PROVEN AT TRIAL.

<u>FOURTH CLAIM FOR RELIEF - BREACH OF QUASI-CONTRACT</u>

78. PLAINTIFFS INCORPORATES AND REALLEGES PARAGRAPHS 1 THROUGH 77 OF THIS COMPLAINT.

79. THE FACTS AND CIRCUMSTANCES CITED IN JUDGE McMAHONS ORDER GIVE RISE TO A QUASI-CONTRACTUAL OBLIGATION BY DEFENDANTS MOVING THE PRO-BOWL FROM HAWAII TO ARIZONA AND PROMOTING IT A WEEK PRIOR TO THE SUPER-BOWL AS SUGGESTED BY PLAINTIFFS MARKETING PROPOSAL. THAT WAS A SMALL PORTION OF A MUCH LARGER QUASI-CONTRACT FOR SERVICES.

80. Defendants Alleged Plaintiffs Marketing Proposal Was Returned Unreviewed. The Fact Plaintiffs Marketing Proposal Was Retained And Utilized Is Indicative Of A Requirement To Pay Requested Compensation.

81. By Fraudulently Utilizing Plaintiffs Marketing Proposal, Defendants Implicitly Accepted Plaintiffs Offer To Sell The Proposal For Five-Percent Of Television Rating Revenues And Five-Percent Of Hall Of Fame Text Revenues. Defendants Breached A Quasi-Contract By Failing To Compensate After Plaintiffs Marketing Proposal Was Ratified By Defendants.

82. Defendants Recieved A Valuable Benefit And Had An Opportunity To Decline The Benefit, But Acted With Specific Fraudulently Intent To Benefit From Plaintiffs Marketing Proposal, Creating A Quasi-Contract And Quantum-Meruit And Unjust Enrichment. Defendants Conduct Is So Inappropriate That New York Legal Sanctions Should Be Applied, Regardless Of The Fact Plaintiff Has Been Exploited For Profit.

83. The Continuous Wrong Doctrine Apply Due To The Continuing Duty The Quasi-Contract Imposes Upon Defendants. Plaintiffs Has Sustained Over A Decade Of Damages As A Direct And Proximate Result Of Defendants Breach Of A Quasi-Contract In Quantum-Meruit In An Amount To Be Computed At Trial

Fifth Claim For Relief- Disparate Treatment

84. Plaintiffs Incorporates And Realleges Paragraphs 1 Through 83 Of This Complaint.

14.

85. DEFENDANTS RECIEVED A BENEFIT FROM PLAINTIFF MARKETING PROPOSAL THAT DEFENDANT WOULD HAVE BEEN WILLING TO COMPENSATE FOR BUT DELIBERATLY TARGETED POOR, BLACK, INCARCERATED VICTIMS OVER INDIVIDUALS BELONGING TO A MORE PRIVILEDGED GROUP DEFINE DISPARATE TREATMENT.

87 PLAINTIFFS, WITH GOOD FAITH BELIEVE DEFENDANTS, INCLUDING FORMER TEAM OWNER DANIEL SYNDER KNEW THE CO-CREATORS OF THE MARKETING PROPOSAL WERE POOR, BLACK AN INCARCERATED AND ENDEAVORED TO KEEP THAT FACT FROM NFL FANS, DUE TO DEFENDANTS NONCONSEQUENTIALIST OR DEONTOLOGICAL VIEW OF POOR, BLACK INCARCERATED PLAINTIFFS.

88. PLAINTIFFS ARE OF THE VIEW THAT DAMAGES OTHER THAN MONETARY ARE AT STAKE. PLAINTIFFS EXPERIENCED PSYCHOLOGICAL SYMPTOMS, INCLUDING DEEP DESPRESSION, SELF-HATRED AS VICTIMS OF DEFENDANTS TRACK RECORD PURSUANT TO RACE. IN 100 YEARS THERE IS YET TO BE AN AFRICAN-AMERICAN TEAM OWNER IN A LEAGUE WHERE 75% OF NFL PLAYERS ARE AFRICAN-AMERICAN. SUCH DISPARATE IMPACT STRIKE AT THE CORE OF PLAINTIFFS BLACK IDENTITY, WHOSE ROLE IN THE MARKETING PROPOSAL IS LIKENED TO INVOLUNTARY SERVITUDE.

89. DEFENDANTS HAS NOT LIVED UP TO A PUBLICALLY STATED COMMITTMENT TO DIVERSITY, INCLUSION AND EQUITY PURSUANT TO BLACK TEAM OWNERSHIP AS STATED IN THE NFL CONSTITUTION AND BYLAWS, THE SAME CONSTITUTION AND BYLAWS THAT GIVE DEFENDANTS FREE REIN TO ENGAGE IN DISPARATE TREATMENT THATS INCONSISTENT WITH THE PUBLIC GOOD.

90. THIS MATTER EXPOSE A FAR-REACHING PUBLIC HARM THAT

15.

Present A Constitutional Question Pursuant To The Seemingly Unconstitutionality Of The NFL Constitution And Bylaws. In Flores V New York Giants, Inc, 2025 WL-2349199 The Second Circuit Ruled That Section 8.3(8) Arbitration Provisions Are Unprotected Within Established Parameters Of The Federal Arbitration Act (FAA). If A Single Section Of The NFL's Constitution And Bylaws Are Unprotected, No Presumption Exist In Favor Of Any Remaining Sections Being Protected. Thus, The NFL Constitution And Bylaws Could Very Well Ho Be Protected By The United States Constitution.

91. Facts Support The Conclusion That Former Executive Committee Member, Daniel Synder Are Aware Of Facts, Publically Stated As "Dirt" On Present Members Of The Executive Committee That Goes To The Merits Of This Action.

92. Plaintiffs Has Justained Psychological Damage For Well Over A Decade As A Direct And Proximate Result Of Defendants Disparate Treatment In Amount To Be Computed In The Course Of A Trial By Jury.

WHEREFORE, Plaintiffs Prays For Relief As Follows:

1. Award Plaintiffs Damages Adequate To Compensate Plaintiffs For Fraud, Conversion, Unjust Enrichment, Breach Of Quasi-Contract, And Disparate Treatment At The Maximum Rate Permitted By Law.

2. Award Plaintiffs Tretsic Pursuant To The Above-Stated Allegations In An Amout To Be Determined.

16.

3. There Is Sufficient Fact To Support The Imposition Of Punitive Damages. Defendants Acted With Malice, Bad Faith, And Reckless Indifference In Support Of Punitive Damages. The Court Should Consider The Magnitude Of The Allegations, The Public Interest, And Defendants' Wealth. It Is Undisputed That Defendant's Wealth Is Extremely Substantial. While Defendants Wealth Does Not In Itself Justify A Large Punitive Award, Defendants' Wealth Cannot Be Ignored As A Factor For This Court To Consider.

4. Award Plaintiffs Any Other Remedy To Which Plaintiffs May Be Entitled, Including All Remedies Pursuant To And Under Any Other Law.

<u>Demand For Jury Trial</u>

Pursuant To Rule 38(b) Of The Federal Rules Of Civil Procedure, Plaintiffs Demand A Trial By Jury On All Issues Raised By This Complaint.

Respectfully Submitted

Dated: The 24 Day Of March, 2026.

Ager, Leon M. # 0002120

Caswell Correctional Center

444 County Home Road

Blanch, North Carolina 27212

Larkin, Billy F. #0490312

Caswell Correctional Center

444 County Home Road

Blanch, North Carolina 27212

17.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEON MAURICE AGER,

                Plaintiff,

           -against-

RODGER GOODELL; ELEANOR SEAVEY,

                Defendants.

19-CV-8250 (CM)

ORDER OF DISMISSAL

COLLEEN McMAHON, Chief United States District Judge:

Plaintiff, currently incarcerated at Alexander Correctional Institution in Taylorsville, North Carolina, brings this *pro se* action under 42 U.S.C.§ 1983. He asserts that Defendants violated his rights under the Fifth Amendment by stealing his idea of "A Weekend of Fun and Greatness" for the National Football League (NFL) Pro Bowl game. By order dated October 18, 2019, the Court granted Plaintiff's request to proceed without prepayment of fees, that is, *in forma pauperis.*[1] For the reasons set forth in this order, the Court dismisses this action.

## STANDARD OF REVIEW

The Court must dismiss a complaint, or portion thereof, that is frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. §§ 1915(e)(2)(B), 1915A(b); *see Abbas v. Dixon*, 480 F.3d 636, 639 (2d Cir. 2007). The Court must also dismiss a complaint when the Court lacks subject matter jurisdiction. *See* Fed. R. Civ. P. 12(h)(3). While the law mandates dismissal on any of these grounds, the Court is obliged to construe *pro se* pleadings liberally, *Harris v. Mills*, 572 F.3d 66, 72 (2d Cir. 2009), and interpret them to raise the "strongest [claims] that they

---

[1] Prisoners are not exempt from paying the full filing fee even when they have been

*suggest,*" *Triestman v. Fed. Bureau of Prisons*, 470 F.3d 471, 474-75 (2d Cir. 2006) (internal

quotation marks and citations omitted) (emphasis in original).

## BACKGROUND

Plaintiff brings this action against Rodger Goodell, the Commissioner of the NFL, and

Eleanor Seavey, a paralegal with the NFL Legal Department. The following facts are taken from

the complaint. On March 6, 2013, after reading a newspaper article concerning talks of the NFL

cancelling the Pro Bowl game, Plaintiff wrote Goodell about a plan for a "Weekend of Fun and

Greatness," which would move the Pro Bowl game from Hawaii to different stadiums and

feature skill events. On March 18, 2013, Plaintiff received a letter from Seavey, informing him

that the NFL and its club members did not accept unsolicited proposals, along with a copy of his

unreviewed plan.

But in January 2014, the NFL moved the Pro Bowl game from Hawaii to Arizona,

playing it a week before the Super Bowl, as Plaintiff had proposed in his plan. Further, in

January 2018, the NFL held the Pro Bowl in Orlando, Florida, and featured skill challenges,

including a few of the events proposed in Plaintiff's plan. The NFL had never done skill

challenges or moved the Pro Bowl from Hawaii to other stadiums until after Plaintiff presented

his plan for a Weekend of Fun and Greatness. Because of the changes, NFL fans have become

more involved and the Pro Bowl ratings are higher.

Plaintiff believes that Goodell read and liked his plan and decided to implement it. He

claims that Goodell and Seavey conspired to steal his plan without providing him any

compensation, thus violating the Fifth Amendment to the Constitution. Plaintiff seeks

$20,0000,000.00 in compensation.

2

## DISCUSSION

Plaintiff brings this action under 42 U.S.C. § 1983, asserting that Defendants Rodger Goodell and Eleanor Seavey of the NFL violated his rights under the Fifth Amendment. Section 1983 provides redress for a deprivation of federally protected rights by persons acting under color of state law. 42 U.S.C. § 1983; *Flagg Bros., Inc. v. Brooks*, 436 U.S. 149, 155-57 (1978). A claim for relief under § 1983 must allege facts showing that each defendant acted under the color of a state "statute, ordinance, regulation, custom or usage." 42 U.S.C. § 1983. Private parties are therefore not generally liable under the statute. *Sykes v. Bank of America*, 723 F.3d 399, 406 (2d Cir. 2013) (citing *Brentwood Acad. v. Tenn. Secondary Sch. Athletic Ass'n*, 531 U.S. 288, 295 (2001)); *see also Ciambriello v. Cnty. of Nassau*, 292 F.3d 307, 323 (2d Cir. 2002) ("[T]he United States Constitution regulates only the Government, not private parties."). As Defendants Goodell and Seavey are private parties who do not work for any state or other government body, Plaintiff has not stated a claim against these defendants under § 1983.

District courts generally grant a *pro se* plaintiff an opportunity to amend a complaint to cure its defects, but leave to amend is not required where it would be futile. *See Hill v. Curcione*, 657 F.3d 116, 123–24 (2d Cir. 2011); *Salahuddin v. Cuomo*, 861 F.2d 40, 42 (2d Cir. 1988). Because the defects in Plaintiff's complaint cannot be cured with an amendment, the Court declines to grant Plaintiff leave to amend his complaint.

## CONCLUSION

The Clerk of Court is directed to assign this matter to my docket, mail a copy of this order to Plaintiff, and note service on the docket. Plaintiff's complaint, filed *in forma pauperis* under 28 U.S.C. § 1915(a)(1), is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). ASll other pending matters are terminated.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Clerk of Court is directed to docket this as a "written opinion" within the meaning of Section 205(a)(5) of the E-Government Act of 2002.

SO ORDERED.

Dated:   October 25, 2019
         New York, New York

                                            COLLEEN McMAHON
                                         Chief United States District Judge

4

To: National Football League
   League Office
c/o Commissioner Roger Goodell
   850 Park Ave
New York, NY 10017

Mr. Leon M. Ager
P.O. Box 1109
Clinton, NC 28329

March 3, 2013

ATTACHMENT-2

Dear Commissioner:

My Name is Leon M. Ager and I am an inmate at Sampson Correctional Institution in Clinton, North Carolina 28329.

I wrote you a few Months back about a plan I came up with called (A Weekend Of Fun & Greatness) that I think will shoot the Pro Bowl ratings to all time highs and the Fans will enjoy all the events leading up to Sunday's Pro Bowl game.

The reason in My plans reaching you late? First! I sent them to My Sister (Melody McGuire 704-434-2910) with hopes of her typing (she have on disk) them out for Me so they would look professional once they reach your desk, But My Sister suffers from Lupus and has been in and out of the hospital for Months, So I sent them to one of My Friends (Sharon Mandosa) that said, she would type them for me. I sent them to her over three weeks ago and She said, She really loved the plan and were going to send them back to me! Certified Mail over two weeks ago, which they never reach me! with uncertainty and due to my limited libilities (Incarceration) she May have sent these (My) plans to you, without My Consent, because

Subscribed and Sworn to before me this _____ day of _____

_____   My Commission expires _____
signature and Seal of Clerk of Court or Notary public

Attachment-c

...se 20T14 ...

Commissioner Roger Goodell

...imes without a response back, So I am sending My plans without them being typed.

Mr. Goodell, Almost every professional League Has an all-star game and special events leading up to the all-star game so fans can get excited and ready to see their favorite players. These all star games are played Midway doing the season. Have you or the league ever thought about playing the Pro Bowl Midway doing the season? I Now you Mentioned about going to a 18 games schedule, If this ever happens, then the Pro Bowl game being played Midway in the season Might be the perfect solution, because teams would get two weeks off a season 1.) Being the week off from their bye week and 2.) A week off for the Pro Bowl Game. If the season stays at it's Normal 16 games schedule and if you do not cancel the Pro Bowl, then you and the league Still May be Interested in implementing (A Weekend of Fun! Greatness).

I have implemented several ideas for (A Weekend of Fun! Greatness). Friday Night Flag Football Game, Saturday Night Blast (17 events) and the Most intriguing event is allowing fans to vote one player into Pro Football Hall of Fame "Example Enclosed with Plans" through text Message on NFL.com or a special site "fansvotehalloffame.com" set up for voting. These fans are allowed to start voting at the beginning of Friday Night Flag football game and ending at 12:08 PM Saturday Night, so special agency can tally up all votes for Pro Football Hall of Fame winner. Giving fans a chance to vote one player into Pro Football Hall of Fame each year will

subscribed and sworn to before me this _____/_____ day of _____

_____ My Commission expires _____

signature and seal of clerk of court or Notary Public

Commissioner Roger Goodell

with the league and full of anticipation being able to see the fruits of their voting when you reveal winning player at halftime of the Pro Football game and place Gold Pro Football Hall of Fame jacket on him.

Commissioner, If you or the league decides to implement any of my ideas. I would like to receive 5% off Television ratings revenues and 5% off Hall of Fame Text Message voting revenues and all expense paid trip to the Pro Bowl for my four sons, grandson, Mother and brother.

Thanks for your time and hopefully my ideas will be of some enlightment to you and the National Football league and to the many fans all over the United States and other Countries that is able to see the most excitement and favorite sport of all times. May you Continue your success as Commissioner as you make the league and players more discipline and a safer field for players to play on.

P.S. Doing A Weekend of Fun: Greatness
You Can have special events set up
for fans and Kids to enjoy themselves,
win prizes and meet different players
from around the league.

Sincerely,
Leon M. Ayer

C.C. Melody McGuire
      Sharon Mandosa
      Personal

Signature and Seal of Clerk of Court or Notary Public        My Commission expires

Pro Bowl Weekend

A Weekend of Fun & Greatness

A list of Events each Night

Friday Night – Announcement of Seven players on fans to vote one into Pro Football Hall of Fame.

Show special clippings of the 7 players playing days.

Reading of rules and regulations on voting for players.

Flag Football Game.

AT Halftime of flag football game – One lucky fan will get a chance to win A Car/Money "sponsor of event" by kicking a 30/35 yard field goal or throwing a football through a tire 20/25 yards away.

Saturday Night Blast – 7 Events

1.) Tug-A-War "7 offense of Lineman from NFC, 7 Defense of Lineman from NFC, 7 offense of Lineman from AFC and 7 Defense of Lineman from AFC.

2.) Longest Throw of A Football – 7 special team players from NFC and 7 special team players from AFC

3.) Hitting Moving Targets – 7 Quarter backs from NFC and 7 Quarterbacks from AFC

4.) Bench Press 225 Reps The Most – 7 line backers from NFC and 7 linebackers from AFC

5.) The Strongest NFL Player – 7 players selected by commissioner, League or Fan ballots

6.) The Fastest Man In NFL – 7 players from NFC and 7 players from AFC

7.) Final and Main Event: Obstacle Course 7 Defense Backs, 7 Running Backs and 7 Wide Receivers

Friday Night and Saturday Night: Throughout Events fans are still voting for their favorite player through text message whom they want to make into Hall of fame.

Sunday Pro Bowl Game: AT halftime of Game the 7 players from Hall of fame fast will be present on field as commissioner open up sealed envelop and reveal the chosen player fans has voted for and receive his Gold Hall of

Subscribed and sworn to before me this ———— day of ————

Signature and seal of clerk of court or Notary Public   My Commission Expires ————

# Fans Hall Of Fame Voting

Give all NFL Fans a chance to vote one player into Pro Football Hall of Fame each year whom should have made it

example: Harvey Martin | Chuck Foreman | etc.
Ken Anderson | Jim Plunkett
Henry Ellard | Jason Seahorn
Drew Pearson | Lester Hayes

Make a list of all players that had outstanding careers in the league, but has gone unnoticed by the Hall of fame committee

Once the list has been made — Give fans a chance to vote from list like fans vote for Pro bowl players" once all votes are tallied up from fans voting for the player of their choice who they want to make it into the Pro football Hall of Fame.

The League will only reveal these 7 players with the most votes from fans at the beginning of Friday Night Flag football game with special clippings of their playing days. Once small segments of each player has been shown.

The League will discuss the rules and regulations on voting for one of the 7 players and how to vote for them (NFL.Com, ...etc through text message) Doing the course of events Friday and Saturday night fans are constantly voting (Text message) throughout America from the list of 7 players that they want to make it into Pro Football Hall of Fame.

<u>Saturday Night at 12:00 PM Voting stops!</u>

By allowing fans to vote one player into the Pro Football Hall of Fame each year will create Unity amongst fans and league.

I am sure by the league implementing this plan will bring excitement and Anticipation amongst fans waiting on the Pro Bowl and special events each year, so they can see their favorite players in events and feel like part of the NFL league (like Green Bay Packers investing fans) instead of

Subscribed and sworn to before me this _____ day of _____

Signature and seal of clerk of court or Notary Public   My commission expires _____

1.) The 7 players with the most votes that fans voted for throughout America out of the (20s/30s/40s...etc) Former players from ballot will be revealed.

2.) The Commissioner will Announce these 7 players fans can vote one into Pro Football Hall of Fame.

3.) Special clippings of these 7 player playing days will be shown.

4.) Reading of Rules and Regulations on voting for player.

5.) Flag Football Game:
   Options on Selecting Two Teams.

1.) College Draft picks against Draft picks from previous year.

2.) Rookies against Veteran players

3.) Rookies against Retirees

4.) Veteran players against Retirees

5.) One lucky fan will get a chance to win Car (Ford/GM.) or Cash (coke/sponsor) by Kicking 30/35 yard field goal or throwing a Football through a tire 20/25 yards out?

All doing the course of events fans are constantly voting (Text Message) for their favorite player they want to make it into Pro Football Hall of Fame.

Subscribed To Before Me this _____ day of _____

Signature and Seal of clerk of Court or Notary Public    My Commission expires _____

Page 8 of 14 "Side Two"

# Saturday Night Blast

) Tug-A-War: 4 teams "7 offense of Lineman from NFC, 7 Defense of Lineman from NFC, 7 offense of Lineman from AFC and 7 Defense of Lineman from AFC.

.) Longest Throw of A Football: 7 special team players from NFC and 7 special team players from AFC.

) Hitting Moving Targets: 7 Quarterbacks from NFC and 7 Quarterbacks from AFC

.) Bench Press 225 pounds The Most: 7 Linebackers from NFC and 7 Linebackers from AFC.

) The Strongest NFL player: 7 players selected by NFC Commissioner, League or Fan ballot.

.) The Fastest Man in NFL: 7 players from NFC and 7 players from AFC

7.) Final and Main Event Obstacle Course: 7 Defense Backs, 7 Running Backs and 7 Wide Receivers

-All doing the course of events fans are constantly voting Text Message) for their favorite player they want to make into Pro Football Hall of Fame.

"Voting for Hall of Fame player stops at 12:00 PM Saturday Night"

My Commission expires

ignature and Seal of Clerk of Court or Notary Public

Saturday Night Blast

st Event Tug-A-War: 4 teams Consist of 7 players per team

This Event is for Defense and Offense of Lineman

1 Defense of Lineman from NFC (7 players - 6 for event and 1 alternate)

1 Offense of Lineman from NFC (7 players - 6 for event and 1 alternate)

1 Defense of Lineman from AFC (7 players - 6 for event and 1 alternate)

1 Offense of Lineman from AFC (7 players - 6 for event and 1 alternate)

Double Elimination.)

NFC Defense of Lineman against AFC Defense of Lineman

NFC Defense of Lineman against AFC offense of Lineman

AFC offense of Lineman against NFC offense of Lineman

AFC Defense of Lineman against NFC offense of Lineman

once the best teams has been determined from double elimination.
The last two teams standing where it be NFC defense against the
NFC offense or vice versa will play for 1st place $35,000/$30,000 each
player and runners up $14,000/$20,000 each player or whatever monetary
value deemed by sponsor of event.

2nd Event Longest Throw of A Football: This Event is For Special
team players 7 special Team players from NFC and 7 special team players from AFC.

Each player gets one practice throw before Event starts.
Which ever player throws the longest length of the football field wins.
If there is a tie from their throws ~ Each player from tie will get
one throw a piece to determine winner. Top thrower wins $20/25,000
and runners up $15,000 or whatever monetary value deemed by sponsor
of event.

Subscribed and sworn to before me this _____ day of _____

Signature and seal of Clerk of Court or Notary Public    My Commission expires _____

rd Event Hitting Moving targets. This Event Is For Quarterbacks 7 Quarterbacks from NFC and 7 Quarterbacks from AFC.

ach Quarterback will get a chance to hit Moving targets with Bullseye on them. 25 points for hitting "Red" bullseye, 15 points for hitting "yellow" around he bullseye and 10 points for hitting "Blue" around yellow of bullseye. The quarterback with the Most points win. If there is a tie for any reason. Each player from tie will repeat event until winner is determined. Winner $20/$25,000 and runners up $15/$15,000 or whatever Monetary value deemed by sponsor of event.

th Event Bench Press 225 Pounds The Most Reps In One Minute. This event Is For Linebackers 7 Linebackers From NFC And 7 Linebackers From AFC.

Each Linebacker has one Minute to bench press 225 pounds. the Most reps win. If there is a tie for any reason - The players with ties will repeat event until winner is determined. winners $20/$25,000 and runners up $10/$15,000 or whatever Monetary value deemed by sponsor of event.

th Event The Strongest Man In NFL. 7 players from Around the League will Be Selected By Commissioner League or Fans Ballot through weight charts From Teams Workout And through Word Of Mouth From Players And Coaches From Around the League Who Says the Strongest Player. each player will test their Strength by Squatting, Benching and Dead lifting he Most Weight for a Combine Score to determine winner and runners up. If there is a tie for any reason - The player with ties will repeat exercises Until winner is determined. The winner $30/$35,000 and

f event.

bscribed and Sworn to before me this _____ day of _____

My Commission expires _____

...from the NFL and 7 Players from AFC. These 14 Players will be selected by NFL Commissioner and word of Mouth from Players and Coaches from around the League on who's the fastest Player.

Each one of the 14 Players will have one shot as they are timed in the 45 yard dash. The top 7 runners speed out of 14 will then line up on track or football field and have an all out race in the 100 yards. If there is a tie for any reason to determine the 7 winners for the 100 yards – They will repeat 45 yard dash until 7 runners are determined. If there is a tie in the 100 yard dash, then the players with ties will repeat event until winner is determined. The winner $30/35,000 and runners up $20/25,000 or whatever monetary value deemed by sponsor of event.

6th And Final Event The Obstacle Course – (This Event will be set up by Experts for Safety Purposes.) This Event is for Defense Backs, Running Backs and Wide Receivers. 7 Defense Backs, 7 Running Backs and 7 Wide Receivers will be selected by League or Fans Ballot is Vote on Players – The Same way it is done when Fans vote for Pro Bowl Players.

The winner of this event will receive 50,000 dollars and 50,000 dollars for charity of his choice and runners up will receive 30,000 dollars and 30,000 dollars for charity of his choice.

* No Player can Enter Two Events – only one event! By allowing Players to compete in only one event, It Broadens the field for More players to participate.

signature and seal of clerk of Court or Notary Public            My Commission expires

There should be incentivized prices or passes for each event with the biggest sponsor sponsoring the Main event (obstacle course) due to it is paying the highest prize money. If sponsor is not willing to pay the 50,000 dollars and 35,000 dollars for charity, Maybe the league will Match offer of winner and runners up in the obstacle course.

The NFL Can also match the winnings of each winner and runners up of every event, by donating these dollars to charities of these players choice. I think by tapping into different charities all across America through the different players home-towns will enhance the Morale of fans and boost the ratings of Pro Bowl Weekend.

Subscribed and sworn to before me this _____ day of _____

_____ My Commission expires _____

Signature and seal of clerk of Court or Notary Public

The league can also Donate profits from fans voting for their Hall of Fame player to match each player winnings from sponsors of each event, to donate, to players charities of their choice. If the league decides to go in this direction of matching winners and runners up charities. In the Tug-A-War event, each of the 7 players of winners and winners up team will pick charity of their choice - Example ($35,000 dollars for winning team, $5,000 each player and $5,000 to each player charity of choice.) and the same applies to runners up team (14,000 dollars for runners up, $2,000 each player and $2,000 to each player charity of choice.)

If the league does decide to match winners and runners up winnings for charity of their (Player) choice. These donations can benefit a multitude of needed people in NFL players hometowns all across America, In locations never seen or heard of, but in need of assistance.

Subscribed and sworn to before me this _____ day of _____

_____  My Commission expires _____
Signature and seal of Clerk of Court or Notary Public.

P4 of 14 "Side Two"

## Sunday Pro Bowl Game

<u>The Pro Bowl Game</u>: (I think switching locations of the Pro Bowl each year or every 2/3 in NFL team Stadiums is also a good idea, so fans can attend the game in cities near them and see some of their favorite players. (I think implementing this system will boost ratings besides the game being played in Hawaii each year.)

Halftime of Game: The 7 players fans voted for in the Hall of Fame voting will be present at midfield as Commissioner "Roger Goodell" announce each player and opens up the seal envelop and reveals the winner by fans choice to enter into Pro Football Hall of Fame as the Commissioner/Family member places Gold Hall of Fame jacket on him.

Subscribed and sworn to before me this _____ day of _____

Signature and seal of clerk of court or Notary Public  My Commission expires _____

Page 7 Saturday Night Blast Diagram – List of Events & for entertain ans.

Page 8 Tug-A-War 4 Teams – 7 Defense of Lineman from **NFC** and 7 Offense of Lineman from **NFC** and 7 Defense of Lineman from **AFC** and 7 Offense of Lineman from **AFC** Compete against each team (Double Elimination LMA Page The longest Throw of A Football – This event is for Special Team players, 7 Players from NFC and 7 Players from AFC.

Page 9 Hitting Moving Targets – 7 Quarterbacks from NFC and 7 Quarterback from AFC, Bench Press 225 Pounds The Most Reps – Event is for Line backers 7 Linebackers from NFC and 7 Linebackers from AFC. The Strong st Man In NFL These 7 Players are selected from around the League

Page 10 The Fastest Man In NFL 7 Players from NFC and 7 players from AFC Compete for the fastest player and Final **Event** Obstacle course This event is for 7 Defense Backs, 7 Running Backs and 7 wide receivers. No Player can compete In Two Events.

Page 11 Explaining sponsorship for Events/NFL can match winnings of winners and runners up charities of choice.

Page 12 Explaining on how League can use some of the text message voting profits to cover cost for players to donate to charities

Page 13 Sunday Pro Bowl Game – Halftime of Game players from Hall of Fame voting will be midfield and winner will receive their Gold Wall of fame Jacket

Page 14 "Side Two" AFFIDAVIT

SWORN AND SUBCRIBED TO BEFORE ME          Date 5 March 2013

Title  Notary  Public                        Name Leon M. Agel

I Notary  My Commission expires Dec 09  13



## NATIONAL FOOTBALL LEAGUE

March 18, 2013

**<u>VIA US POSTAL SERVICE</u>**

Leon Ager
#0002170
P.O. Box 1109
Clinton, NC 28329

**Re:  <u>Submission</u>**

Dear Mr. Ager,

Thank you for your interest in submitting a proposal for the NFL's consideration.  Your recent submission has been forwarded to me for response.

While we appreciate your interest in and enthusiasm for the NFL, under our established policy the NFL does not accept unsolicited proposals and therefore is not interested in pursuing your submission.  Any materials that you send to the NFL or any Member Club would be returned to you, unreviewed, under this policy. For that reason, enclosed with this letter I am returning to you the NFL's only copy of your submission.

Please know that we appreciate your integrity and time, and wish you success in your future ventures.

Best regards,

NATIONAL FOOTBALL LEAGUE

Eleanor Seavey
Paralegal
NFL Legal Department

<u>ATTACHMENT-3</u>

National Football League | 345 Park Avenue | New York, NY 10154 (212) 450-2000

MARCH 24, 2026

CLERK OF COURT

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

PRO SE UNIT

U.S. COURTHOUSE - 500 PEARL STREET

NEW YORK CITY, NEW YORK 10007

RE: LEON M. AGER; BILLY F. LARKIN V COMMISSIONER ROGER GOODELL; NATIONAL

FOOTBALL LEAGUE AN UNINCORPORATED BUSINESS

CASE NO: 1:26-CV-0903 (LTS)

DEAR CLERK;

PLEASE FIND ENCLOSED PLAINTIFFS FIRST AMENDED COMPLAINT FOR FILING.

THANK YOU FOR YOUR USUAL, KIND COOPERATION

LARKIN, BILLY F. #0490312

CASWELL CORRECTIONAL CENTER

444 COUNTY HOME ROAD

BLANCH, NORTH CAROLINA 27212

LARKIN, BILLY F. #0490312
CASWELL CORRECTIONAL CENTER
444 COUNTY HOME ROAD
BLANCH, NORTH CAROLINA 27212

RECEIVED
SDNY PRO SE

2026 MAR 30 PM 2:03



CLERK OF COURT
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PRO-SE INTAKE UNIT
U.S. COURTHOUSE - 500 PEARL STREET
NEW YORK CITY, NEW YORK 10007

Pro-Se Intake Unit

Legal Document

