United States District Court

Southern District of New York

| | |
|---|---|
| Leon M. Ager; Billy F. Larkin, Plaintiffs, | Case No. 1:26-cv-0903 (LTS) |
| v. | |
| Comissioner, Roger Goodell; National Football League, An Unincorporated Business, Defendants. | Motion For Extension of Time For Service of Process |

Plaintiffs, Ager and Larkin, Pro Se, Respectfully Move The Court For An Extension of Time Pursuant To 28 U.S.C.A 1915(4)(d). Plaintiff Ager Filed An Application To Proceed In Forma-Pauperis To Pay A Partial Filing Fee of $202.05 To Be Allowed Service of Process By The United States Marshal Service For This Reason, Plaintiffs Request A 60-Day Extension Of Time To Serve The Authorized Agent For The Unincorporated Association At The Office Of The Secretary Of State.

Respectfully Submitted, The 15th Day of June, 2026.

Billy F. Larkin

Larkin, Billy F. #0490312

Caswell Correctional Center

444 County Home Road

Blanch, North Carolina 27212

Application GRANTED. That said, the Court recently directed Plaintiffs to show cause why this case should not be dismissed as claim precluded and/or time-barred, *see* ECF No. 15, and will refrain from issuing a service order until they have done so. The Clerk of Court is directed to terminate ECF No. 14 and mail a copy of this Order to Plaintiffs.

SO ORDERED.

June 26, 2026