UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEON MAURICE AGER et al., Plaintiffs, -v- ROGER GOODELL et al., Defendants. | 26-CV-903 (JMF) ORDER |

JESSE M. FURMAN, United States District Judge:

On July 13, 2026, Plaintiffs filed a motion to vacate the judgment entered in *Ager v. Goodell*, No. 19-CV-8250 (CM) (S.D.N.Y. Oct. 25, 2019), ECF No. 6 (*Ager I*), pursuant to Rule 60(b)(6) of the Federal Rules of Civil Procedure. *See* ECF No. 20. That motion is DENIED as it was improperly filed on the docket in this case. Plaintiffs should refile their motion on the docket in *Ager I.* The Clerk of Court is directed to terminate ECF No. 20 and mail a copy of this Order to Plaintiffs.

SO ORDERED.

Dated: July 27, 2026
New York, New York

JESSE M. FURMAN
United States District Judge